# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10 CV 283

| | |
|---|---|
| JAMES F. MILLER, IV, as Trustee, et.al. | )<br>) |
|     Plaintiffs | )<br>) |
| V | )    **ORDER**<br>) |
| LINCOLN FINANCIAL GROUP, | )<br>) |
|     Defendant. | ) |

**THIS MATTER** is before the court on Steven J. Grabenstein's Application for Admission to Practice *Pro Hac Vice* of Brian Howard Koch. It appearing that Brian Howard Koch is a member in good standing with the Florida Bar and will be appearing with Steven J. Grabenstein, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Steven J. Grabenstein's Application for Admission to Practice *Pro Hac Vice* (#2) of Brian Howard Koch is **GRANTED**, and that Brian Howard Koch is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Steven J. Grabenstein.

Signed: December 9, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge