# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 283

| | |
|---|---|
| JAMES F. MILLER, IV, as Trustee, et.al. ) | |
| ) | |
|     Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| LINCOLN FINANCIAL GROUP, ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** is before the court on Steven J. Grabenstein's Application for Admission to Practice *Pro Hac Vice* of Jesus E. Cuza. It appearing that Jesus E. Cuza is a member in good standing with the Florida Bar and will be appearing with Steven J. Grabenstein, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Steven J. Grabenstein's Application for Admission to Practice *Pro Hac Vice* (#3) of Jesus E. Cuza is **GRANTED**, and that Jesus E. Cuza is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Steven J. Grabenstein.

Signed: December 9, 2010

Dennis L. Howell
United States Magistrate Judge